# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VALERIANO DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No. 1:19-cv-01674-LJO-SKO<br><br>**ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION** |

This case was filed on November 27, 2019, by Plaintiff Alfonso Valeriano De La Cruz, a state prisoner housed at CCI-Tehachapi, proceeding *pro se* with this civil rights action, against Defendants Superior Court of California, County of Sacramento, CTF- Soledad, Pleasant Valley State Prison, CCI Tehachapi, and the Warden of CCI Tehachapi. (Doc. 1.)

Pursuant to Local Rule 120, a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. *See* E.D. Cal. L.R. 120(f). A review of Plaintiff's allegations in the complaint reveals that the claims substantially arose in the Sacramento Division of the Eastern District of California. The first and second claims relate to

Plaintiff's conviction and re-sentencing in Sacramento County, and the third claim relates to alleged mishandling of his property by prison officials during his transfer from CTF-Soledad, located in the Central District of California, to CSP-Folsom, located in the Sacramento Division of the Eastern District of California. (*See* Doc. 1 at 3–5.)

The complaint contains no allegations relating to the Fresno Division.[1] In view of the connections to the Sacramento Division, specifically, that the events alleged in the complaint substantially occurred in the Sacramento Division, and the relative lack of connections to the Fresno Division, this case should be transferred to the Sacramento Division of the Eastern District of California.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: __**December 4, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] In the third claim, Plaintiff mentions that the property allegedly mishandled by officials at CSP-Folsom and/or CTF-Soledad includes family pictures and legal documents, including documents related to injuries that occurred while he was incarcerated at Pleasant Valley State Prison in 2013–2014. (*See* Doc. 1 at 5.) Plaintiff states that the documents are "very important for [Plaintiff] to file a petition [for a] writ of habeas corpus" related to Plaintiff's "medical issues" and "what happened when [Plaintiff] was in Pleasant Valley Prison [in] 2013 & 2014[.]" (*Id.*) Plaintiff does not appear to raise claims directly related to the injuries in this case, however, and only raises claims related to the mishandling of his property. (*See id.*)