UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VALERIANO DE LA CRUZ, | No. 2:19-cv-2430 KJM DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SUPERIOR COURT OF CALIFORNIA CUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 7.)  Plaintiff has filed objections to the findings and recommendations.[1]  (ECF No. 8.)

---

[1] In his objections, plaintiff argues that *Heck v. Humphrey*, 512 U.S. 477 (1994) does not apply in the present case as the state appellate court previously granted an appeal, causing him to be resentenced.  (ECF No. 8 at 1.)  While plaintiff's prior conviction and sentence may have been reversed by the state appellate court, *id*. at 5, there is no indication in the record that his present conviction and sentence after resentencing have been overturned or called into question, *id*.  As such, *Heck* still applies to the present case as plaintiff's success in the present action would "necessarily demonstrate the invalidity of confinement or its duration." *Wilkinson,* 544 U.S. at 81–82.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 9, 2021 (ECF No. 7), are adopted;
2. This action is dismissed with prejudice; and
3. The Clerk of Court is directed to close this case.

DATED: September 28, 2021.

CHIEF UNITED STATES DISTRICT JUDGE